UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD MILLER,

    Plaintiff,

v.                                      Case No. 2:20-cv-00784-JLB-NPM

HARBOR FREIGHT TOOLS USA, INC., a
Delaware corporation,

    Defendant.
_____/

## ORDER

In response to this Court's sixty-day order of dismissal, (Doc. 10), the parties have filed a stipulation of dismissal with prejudice, (Doc. 11), under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**ORDERED** in Fort Myers, Florida, on November 18, 2020

*[Signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE